IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | INFORMATION FILED |
| | : | UNDER SECTION 851 OF |
| v. | : | TITLE 21, U.S.C., RELATING |
| | : | TO INDICTMENT 09-733 |
| JONATHAN COBB | : | FILED APRIL 14, 2010 |

INFORMATION CHARGING PRIOR OFFENSES

Zane David Memeger, United States Attorney for the Eastern District of Pennsylvania, hereby accuses this defendant, who was charged on April 14, 2010, in the Eastern District of Pennsylvania, with conspiracy to distribute 500 grams or more of cocaine, and aiding and abetting the possession with intent to distribute of, 500 grams or more of cocaine, in violation of Title 21, United States Code, Sections 846 and 841(a)(1), (b)(1)(B), and Title 18, United States Code, Section 2, of having previously been convicted as described below:

   1. On or about September 3, 1991 in the Court of Common Pleas, Delaware County, Pennsylvania, defendant Jonathan Cobb was sentenced to 6 months to 23 imprisonment following his conviction for a controlled substance violation on Common Pleas Docket No. CP-23-CR-0002662-1991, arising from a March 26, 1991 arrest by the Chester City Police Department for violation of 35 Pa.C.S.A § 780-113(30), a felony under the laws of the Commonwealth of Pennsylvania.

   2. On or about March 6, 2006, in the Circuit Court of Henrico County, Virginia, defendant Jonathan Cobb was sentenced to 3 years imprisonment following his conviction for a controlled substance violation, arising from an August 4, 2005 arrest by the Henrico County Police Department for violation of Va. Code Ann. § 18.2-250, a felony under the

laws of the State of Virginia.

                                       ZANE DAVID MEMEGER
                                       United States Attorney

                                       _____/s/_____
                                       PETER F. SCHENCK
                                       Chief, Criminal Division
                                       Assistant United States Attorney


Filed: May 24, 2010