IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :
: CRIMINAL ACTION
v. : NO. 09-733-01
:
JONATHAN COBB :
:

## **ORDER**

**AND NOW**, this **26th** day of **July, 2010,** it is hereby **ORDERED** that Jonathan Cobb's post-trial motion (doc. no. 159) is **DENIED**.

**AND IT IS SO ORDERED.**

s/Eduardo C. Robreno

**EDUARDO C. ROBRENO, J.**