IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES | : | CRIMINAL ACTION |
| | : | NO. 09-733-01 |
| v. | : | |
| | : | CIVIL ACTION |
| JONATHAN COBB | : | NO. 13-4754 |
| | : | |

**O R D E R**

**AND NOW**, this **24th** day of **June, 2015,** for the reasons set forth in the accompanying memorandum, the following is hereby **ORDERED**:

(1) Petitioner's Motion Under 28 U.S.C. § 2255 (ECF No. 218) is **GRANTED.**

(2) Petitioner shall submit a brief on the issue of what relief he is owed by **July 9, 2015.** The Government shall respond by **July 24, 2015.** Petitioner may file a reply by **August 7, 2015.**

(3) Petitioner's pro se Motions for Discovery (ECF Nos. 219 and 228) are **DENIED** as moot.

**AND IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO, J.**