UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 16-2684
_____

UNITED STATES

v.

JONATHAN COBB,
         Appellant
_____

Appeal from the United States District Court
for the Eastern District of Pennsylvania
(District Court No. 2:09-cr-0733-001)
District Judge: Hon. Alan N. Bloch
_____

Submitted Pursuant to Third Circuit L.A.R. 34.1(a)
February 9, 2017
_____

Before: McKEE, RENDELL, and FUENTES, *Circuit Judges*.
_____

JUDGMENT
_____

This cause came on to be heard on the record from the United States District Court for the Eastern District of Pennsylvania and was submitted pursuant to Third Circuit L.A.R. 34.1(a) on February 9, 2017.

On consideration whereof, it is hereby ORDERED and ADJUDGED by this court that the district court's order entered on April 11, 2016 be AFFIRMED. All of the above in accordance with the opinion of this court.

Attest:

s/Marcia M. Waldron
Clerk

Dated: June 2, 2017

**Certified as a true copy and issued in lieu of a formal mandate on** 06/26/17

**Teste:** *Marcia M. Waldron*
**Clerk, U.S. Court of Appeals for the Third Circuit**